CATHERINE LONERGAN et al., as Administrators of the Estate of WILLIAM J. LONERGAN, Deceased, Appellants, *v.* ERIE RAILROAD COMPANY, Respondent.

*Lonergan* v. *Erie R. R. Co.,* 67 App. Div. 297, affirmed.
(Argued January 15, 1903; decided January 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 7, 1901, which reversed a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*John Laughlin* and *George W. Gillette* for appellants.

*Adelbert Moot* for respondent.

*Per Curiam.* The order appealed from should be affirmed, as the undisputed evidence establishes the contributory negligence of the plaintiffs' intestate, and judgment absolute should be entered in favor of the defendant and against the plaintiffs, with costs, according to stipulation.

GRAY, BARTLETT, HAIGHT, MARTIN and VANN, JJ., concur; PARKER, Ch. J., and WERNER, J., dissent.

Order affirmed, etc. _____

CORDELIA D. CHAUVET et al., Appellants and Respondents, *v.* MARGARET SEAMAN IVES, Respondent and Appellant.

(Submitted January 19, 1903; decided January 27, 1903.)

Motion for reargument denied, with ten dollars costs. (See 173 N. Y. 192.) _____